DOVE, J.

(No. 5850-

A. EPSTEIN AND SONS, INC., Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF PUBLIC WORKS AND BUILDINGS, DIVISION OF HIGHWAYS, Respondent.

*Opinion filed February 18, 1971.*

RICHARD H. ROGERS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

133

HOLDERMAN, J.